UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: MICHAEL SCOTT WHEELER
JOANNA MARIA WHEELER                              CASE NO. 21-11381
      Debtors                                              CHAPTER 13

AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS, DOCKET #45

COME NOW, Trustee, Debra L. Miller, by counsel, and Debtors, by Counsel, and state as follows:

1. On July 28, 2022, Trustee filed a Motion to Dismiss for failure to provide tax refunds and bonus information.

2. A hearing on Trustee's Motion to Dismiss was held on September 13, 2022, and parties advised the Court that the matter was resolved.

3. Trustee and Debtors have now reached the following agreement:

    a. The Debtors shall continue to pay unsecured claims in full;

    b. The Debtors shall turn over future tax refunds pursuant to their plan;

    c. The Plan payment shall increase to $1902.53 per month beginning with the September 2022 payment for the remainder of the plan term.

4. All other terms of the Plan remain the same.

Dated: September 12, 2022

/s/Katherine E. Iskin
Katherine E. Iskin (33679-71),
Staff Attorney for Debra L. Miller
PO Box 11550
South Bend, IN 46634
(574) 254-1313

/s/Holly Ripke
Attorney for Debtor
4705 Illinois Rd. #101
Fort Wayne, IN 46804
(260) 434-1990

SO ORDERED, this September 14, 2022

    /s/ Robert E. Grant
Robert Grant, Chief Judge
United States Bankruptcy Court